IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER ALLEN FORSBERG,<br><br>Defendant. | Case No. 3:22-cr-00066-JMK |

### ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 2. Pursuant to Rules 11 and 59 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Forsberg entered a guilty plea to Count 1 of the Felony Information, which is a violation of 18 U.S.C. § 2422(b), Coercion and Enticement of a Minor.

Judge Scoble issued a Final Report and Recommendation at Docket 22, in which he recommended that the District Court accept the Defendant's plea of guilty to

Count 1 of the Felony Information. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Felony Information, Coercion and Enticement of a Minor. Defendant is adjudged GUILTY of Count 1.

The Imposition of Sentence will be set in a separate order.

DATED this 28th day of December, 2022 at Anchorage, Alaska.

                                                            */s/ Joshua M. Kindred*
                                                             JOSHUA M. KINDRED
                                                             United States District Judge

*United States v. Walter Allen Forsberg*                                                                Case No. 3:22-cr-00066-JMK
Order re Final Report and Recommendation                                                          Page 2
Case 3:22-cr-00066-JMK-MMS   Document 25   Filed 12/28/22   Page 2 of 2